[No. 31339-1-II.   Division Two.   September 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DEREK HUGH FLANARY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-02443-2, Vicki L. Hogan, J., entered January 30, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[No. 31800-8-II.   Division Two.   September 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. NICK GREGORY NICHOLS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-1-01612-5, James E. Warme, J., entered May 18, 2004. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Houghton and Armstrong, JJ.

[No. 31962-4-II.   Division Two.   September 15, 2005.]

EVERETT L. HUGHES ET AL., *Appellants*, v. ALDERBROOK GOLF AND YACHT CLUB, *Respondent*.

Appeal from a judgment of the Superior Court for Mason County, No. 02-2-00586-5, Anna M. Laurie, J., entered July 7, 2004. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, A.C.J., and Hunt, J.

[No. 32037-1-II.   Division Two.   September 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MONIQUE LOUISE DEWEESE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 03-1-00874-1, Richard L. Brosey and David R. Draper, JJ., entered July 23, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Bridgewater and Hunt, JJ.